**Affirmed and Memorandum Opinion filed February 12, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-00758-CV

---

### NATHANIEL JONES, III, Appellant

### V.

### HOUSTON POLICE DEPARTMENT, HARRIS COUNTY SHERIFF'S DEPARTMENT, TEXAS DEPARTMENT OF PUBLIC SAFETY, AND THE HARRIS COUNTY DISTRICT ATTORNEY, Appellees

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2010-50602**

---

## M E M O R A N D U M   O P I N I O N

This appeal arises from an order denying appellant's petition for expunction. Appellant sought expunction of all records regarding an arrest. Appellant claims the charge was dismissed in 2001.

Expunction is a statutory privilege and the petitioner must prove that all statutory requirements have been satisfied. *Texas Dept. of Pub. Safety v. J.H.J.,* 274 S.W.3d 803, 806 (Tex. App. -- Houston [14th Dist.] 2008, no pet.). Among other things, the expunction statute required appellant to prove that the indictment was dismissed. *See* Tex. Code Crim. Proc. Ann. art. 55.001(a)(2)(A) (West 2006). The record on appeal contains no evidence the charge was dismissed as appellant claims.

We review a court's decision whether to grant an expunction for abuse of discretion. *See Ex parte S.C.,* 305 S.W.3d 258, 261 (Tex. App. -- Houston [14th Dist.] 2008, no pet.). Absent evidence of one of the statutory requirements, we cannot say the trial court abused its discretion in denying the petition for expunction. We affirm the trial court's order.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.

2